

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00048-CV

| | | |
|---|---|---|
| Philip Hamilton | § | From the 141st District Court |
| | § | of Tarrant County (141-257884-12) |
| v. | | |
| | § | July 11, 2013 |
| Kenneth Shields | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that Appellant Philip Hamilton shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM